IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.

NICHOLAS CALVIN CUNNINGHAM

CASE NUMBER

3:06cr 86 LAC

## MOTION REQUESTING AN ORDER
## SEALING INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, requests this Court to issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The defendant has not been arrested or charged as a result of the activities alleged in the indictment. The current whereabouts of the defendant are unknown and the public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendant to answer the charges.

2. The United States further moves the Court that the indictment in this case shall remain **sealed** until further Order of this Court, except that the Clerk's Office shall provide two



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 JUL 19 PM 1:00

FILED

certified copies of the indictment to the United States Attorney for the Northern District of Florida and two certified copies to the United States Marshal for the Northern District of Florida.

WHEREFORE, in order to arrest the defendant before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

DAVID L. GOLDBERG
Member of the Maryland Bar
Assistant U.S. Attorney
21 East Garden Street, Suite 400
Pensacola, Florida 32502
Phone (850) 444-4000
Facsimile (850) 434-9050

So ordered.

DONE AND ORDERED this the 19th day of July, 2006.

UNITED STATES MAGISTRATE JUDGE

2