AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Nicholas Cunningham ) | Case No: 3:06cr86/LAC |
| ) | USM No: 06465-017 |
| Date of Previous Judgment: 14 November 2006 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 97 to 121 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☒ Other (explain): The minimum mandatory term or imprisonment (240 months in this case) overrides any sentence the guidelines may advise. Therefore, the defendant is not entitled to a sentence reduction based upon Federal Sentencing Guideline Amendment 706, and as amended by Amendments 711 and 715.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated 14 November 2006 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 20 May 2008          s/*L.A. Collier*
                                  Judge's signature

Effective Date: _____    Lacey A. Collier, Senior U.S. District Judge
(if different from order date)     Printed name and title