IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICHOLAS CUNNINGHAM,

vs.  Case No. 3:07cv97/LAC/MD
3:06cr86/LAC/MD

UNITED STATES OF AMERICA,

_____/

**O R D E R**

Before the Court are Defendant's objections to the Report and Recommendation entered by the Magistrate Judge in this case. Defendant's objections arrive late as permitted by the Court after Defendant filed a "Motion to File Delayed Objections to Report and Recommendation" (doc. 65) in which he explained that he did not receive a copy of the Report and Recommendation. After a de novo review of the Report and Recommendation and the objections thereto, I have determined that the Court's previous adoption of the Report and Recommendation and the denial of the Motion to Vacate should remain unchanged.

Accordingly, it is now **ORDERED** as follows:

1. Pursuant to Fed.R.App.P. 4(a)(5), the Court construes Defendant's earlier filed "Motion to File Delayed Objections to Report and Recommendation" (doc. 65) to include a motion for extension of time to file an appeal. This construed motion is **GRANTED**, and Defendant shall have an additional THIRTY (30) DAYS in which to appeal from the denial of his Motion to Vacate.

**ORDERED** on this 21st day of August, 2008.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge