IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.   3:06cr86/LAC
   3:07cv497/LAC/MD

NICHOLAS CUNNINGHAM

___

### ORDER

The defendant has filed an application for a certificate of appealability.  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's order (doc. 68) adopting and incorporating the Magistrate Judge's Report and Recommendation (doc. 62) over defendant's objection, his request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis*.  Because the court finds that the appeal is not taken in good faith and defendant is not otherwise entitled to so proceed, in the event that he did file such a motion, leave to so proceed should also be denied. Fed.R.App.P. 24(a)(3).  Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 26th day of September, 2008.

*s/L.A. Collier*_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**