# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**           **3:06cr86/LAC**
         **3:07cv497/LAC/MD**

**NICHOLAS CUNNINGHAM**

## REPORT AND RECOMMENDATION

This matter is before the court upon remand from the Eleventh Circuit. The Eleventh Circuit instructed that the court hold an evidentiary hearing with respect to defendant's claim that counsel was constitutionally ineffective for his failure to file an appeal. A hearing was scheduled on this date. At the hearing, the defendant, represented by appointed counsel, indicated that he wished to withdraw his § 2255 motion. After having been placed under oath, defendant asserted that he had had sufficient time to discuss this matter with counsel, that he understood that he would not be allowed to withdraw this motion and then later file a second or successive motion, and that he wished to withdraw his motion.

Based on the foregoing, it is respectfully RECOMMENDED:

The motion to vacate, set aside, or correct sentence (doc. 40) be DISMISSED with prejudice.

At Pensacola, Florida, this 23rd day of September, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**