IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                          3:06cr86/LAC
                                            3:07cv497/LAC/MD

NICHOLAS CUNNINGHAM
_____

**ORDER**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 23, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and no objections having been filed, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 40) is DISMISSED with prejudice.

DONE AND ORDERED this 1st day of December, 2010.

                                         s/*L.A. Collier*
                                         **LACEY A. COLLIER**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**